1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | UNITED STATES OF AMERICA, ) | Case No.: ED 15-00146M |
| 10 | Plaintiff, ) | ORDER OF DETENTION PENDING |
|  | v. ) | FURTHER REVOCATION |
| 11 |  ) | PROCEEDINGS |
|  |  | (FED.R. CRIM. P.32.1(a)(6); 18 |
| 12 | ANTONIO GAMBOA-CALDERON, ) | U.S.C. § 3143(a) (1)) |
|  | Defendant. ) |  |
| 13 |  ) |  |

14
15  The defendant having been arrested in this District pursuant to a warrant

16 issued by the United States District Court for the  SOUTHERN

17  District of  California                          for alleged violation(s) of the

18 terms and conditions of probation or supervised release; and

19  Having conducted a detention hearing pursuant to Federal Rule of Criminal

20 Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

21 A. (X)  The defendant has not met his/her burden of establishing by clear and

22   convincing evidence that he/she is not likely to flee if released under

23   18 U.S.C. § 3142(b) or (c). This finding is based on the following:

24   (x) information in the Pretrial Services Report and Recommendation

25   (x) information in the violation petition and report(s)

26   (x) the defendant's nonobjection to detention at this time

27   (x)  other:  Unverified background information
         Unknown bail resources
       and/or

28

B. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   ( )  information in the Pretrial Services Report and Recommendation

( ) information in the violation petition and report(s)

   ( ) the defendant's nonobjection to detention at this time

   ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED:  April 21, 2015

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE